IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**TRACEY LEE BLOOD**,

    Plaintiff,

    v.

**GRANT COUNTY** and **SHERIFF TODD MCKINLEY**,

    Defendants.

Case No. 2:24-cv-1958-HL

**ORDER**

**Michael H. Simon, District Judge.**

    United States Magistrate Judge Andrew Hallman issued Findings and Recommendation in this case on June 26, 2025. Judge Hallman recommended that the Court decline to exercise supplemental jurisdiction over the remaining claims in this case—all of which arise from Oregon state law—and remand the case to the Circuit Court of Oregon for Grant County. No party has filed objections.

    Under the Federal Magistrates Act ("Act"), the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). If a party objects to a magistrate judge's findings and recommendations, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

PAGE 1 – ORDER

If no party objects, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding that the court must review *de novo* magistrate judge's findings and recommendations if objection is made, "but not otherwise").

Although review is not required in the absence of objections, the Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154. Indeed, the Advisory Committee Notes to Rule 72(b) of the Federal Rules of Civil Procedure recommend that "[w]hen no timely objection is filed," the court review the magistrate judge's findings and recommendations for "clear error on the face of the record."

No party having made objections, the Court follows the recommendation of the Advisory Committee and reviews Judge Hallman's Findings and Recommendation for clear error on the face of the record. No such error is apparent.

The Court ADOPTS Judge Hallman's Findings and Recommendation, ECF 17. The Court remands this case to state court. The Clerk of the Court is directed to return this case to Grant County Circuit Court.

**IT IS SO ORDERED**.

DATED this 14th day of July, 2025.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge